E-Filed 8/24/2016

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN ANH PHAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARGARITA AGUILERA, <br><br> Defendant. | Case No. 16-cv-04857-HRL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Davila for consideration of whether the case is related to 5:16-cv-04060, *Tuan Anh Pham et al. v. Margarita Aguilera*.

**IT IS SO ORDERED.**

Dated: 8/24/2016

HOWARD R. LLOYD
United States Magistrate Judge